IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| HIEN DUONG-TRAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 08-120-AC |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KAISER FOUNDATION HEALTH | ) | |
| PLAN OF THE NORTHWEST, an | ) | |
| Oregon non-profit corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

David P. Rossmiller
Matthew R. Wilmot
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, Oregon  97204

    Attorneys for Plaintiff

Page 1 - ORDER

Chris Kitchel
Amy Joseph Pedersen
Beverly C. Pearman
Marc E. Alifanz
Stoel Rives LLP
900 SW 5th Avenue, Suite 2600
Portland, Oregon  97204

    Attorneys for Defendant

KING, Judge:

    The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on March 28, 2008.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation (#13).  IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Pursuant to FRCP 15(a), or in the Alternative to Voluntarily Dismiss Federal Claims Pursuant to FRCP 41(a)(2) (#5) is considered a motion to amend complaint and it is GRANTED.  Plaintiff's Motion to Remand Case to State Court (#7) is GRANTED.  Plaintiff shall file an amended complaint by May 9, 2008, after which the case will be REMANDED to state court.  Defendant's request for attorney fees is DENIED.

    Dated this     28th     day of April, 2008.

                                                    /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge